**EXHIBIT B
SUMMONSES**

**SEI**
TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorneys for Plaintiff*

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ERIN ALLEN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>VOCATUS, LLC, a Nevada Limited Liability Company; SHAMOUN'S, LLC, a Nevada Limited Liability Company; and DOES and ROE entities I – X, inclusive,<br><br>Defendant. | CASE NO: A-21-827768-C<br>DEPT NO:<br><br>**SUMMONS** |

TO THE DEFENDANT(s): A Civil Complaint has been filed by Plaintiff against you for the relief set forth in the Complaint.

SHAMOUN'S, LLC

2580 Sorrel Street

Las Vegas, NV 89146

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

    a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

    b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

| HATFIELD & ASSOCIATES, LTD. | CLERK OF THE COURT |
|---|---|
| /s/ Trevor J. Hatfield | _____ 1/13/2021 |
| TREVOR J. HATFIELD<br>Nevada Bar No. 7373<br>**HATFIELD & ASSOCIATES, LTD.**<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>*thatfield@hatfieldlawassociates.com*<br>Attorneys for Plaintiff | Deputy Clerk<br>Regional Justice Center<br>200 Lewis Avenue<br>Las Vegas, Nevada 89101<br><br>Demond Palmer |

**SEI**
TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com

*Attorneys for Plaintiff*

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ERIN ALLEN, an individual; | CASE NO: A-21-827768-C |
| Plaintiff, | DEPT NO: |
| vs. | **SUMMONS** |
| VOCATUS, LLC, a Nevada Limited Liability Company; SHAMOUN'S, LLC, a Nevada Limited Liability Company; and DOES and ROE entities I – X, inclusive, | |
| Defendant. | |

TO THE DEFENDANT(s): A Civil Complaint has been filed by Plaintiff against you for the relief set forth in the Complaint.

VOCATUS, LLC

2580 Sorrel Street

Las Vegas, NV 89146

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

    a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

    b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

| HATFIELD & ASSOCIATES, LTD. | CLERK OF THE COURT |
|---|---|
| /s/ Trevor J. Hatfield | *[signature]* 1/13/2021 |
| TREVOR J. HATFIELD<br>Nevada Bar No. 7373<br>**HATFIELD & ASSOCIATES, LTD.**<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>thatfield@hatfieldlawassociates.com<br>Attorneys for Plaintiff | Deputy Clerk<br>Regional Justice Center<br>200 Lewis Avenue<br>Las Vegas, Nevada 89101<br><br>Demond Palmer |

- 2 -