UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIN ALLEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VOCATUS, LLC, a Nevada limited liability company; SHAMOUNS, LLC, a Nevada limited liability company; and DOES and ROES entities I – X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00377-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Settlement Conference (ECF No. 18) to which Defendant filed a non-opposition on November 5, 2021.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Settlement Conference (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED that the Order Setting Settlement Conference will be filed separately.

Dated this 8th day of November, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1