SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Vocatus, LLC and Shamoun's, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ALLEN,<br><br>                    Plaintiff,<br><br>    vs.<br><br>VOCATUS, LLC, a Nevada Limited Liability Company; SHAMOUN'S, LLC, a Nevada Limited Liability Company; and DOES and ROE entities I – X, inclusive,<br><br>                    Defendants. | Case No. 2:21-cv-00377-APG-EJY<br><br>**DEFENDANTS' MOTION FOR REMOVAL OF COUNSEL FROM CASE AND CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Suzanne L. Martin, counsel for Defendants Vocatus, LLC and Shamoun's, LLC (collectively, "Defendants"), hereby files this Motion for Removal of Counsel from Case and CM/ECF Service List in the instant matter.  This Motion seeks to remove attorney Amy L. Howard as counsel of record for Defendants and from the CM/ECF service list as Ms. Howard has left Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  Pursuant to LR IA 11-6(e), removal of Ms. Howard from this matter will not result in any delay of discovery, the trial, or any hearing in the case.

/ / /

/ / /

/ / /

- 1 -

1  Defendants also respectfully requests that this Court remove her from the CM/ECF docket
2  and CM/ECF service list for this matter.
3  DATED this 1st day of December, 2021.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Suzanne L. Martin*
Suzanne L. Martin
Nevada Bar No. 8833
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendants Vocatus, LLC and Shamoun's, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  **December 2, 2021**