# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Erin Allen,<br><br>              Plaintiff,<br><br>v.<br><br>Vocatus, LLC, et al.,<br><br>              Defendants. | Case No. 2:21-cv-00377-APG-DJA<br><br>**Order** |

Trevor J. Hatfield—attorney for Plaintiff Erin Allen—has filed a renewed motion to withdraw, explaining that he and counsel for Defendants have agreed that Plaintiff shall have until July 13, 2022 to get new counsel and then until August 3, 2022 to respond to Defendant's pending motion for summary judgment.  (ECF No. 42).  Defendants filed a non-opposition to the renewed motion.  (ECF No. 43).  Because the Court finds that Hatfield has met the requirements under Local Rule IA 11-6(b) and addressed the Court's concerns regarding the pending summary judgment motion, it grants his renewed motion.

**IT IS THEREFORE ORDERED** that Hatfield's motion to withdraw (ECF No. 42) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **July 13, 2022** to retain new counsel or inform the Court whether she will proceed *pro se*.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **August 3, 2022** to respond to Defendants' motion for summary judgment.  Plaintiff's motion to extend time to respond to the motion for summary judgment (ECF No. 36) is **denied as moot.**

DATED: June 28, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE