UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIN ALLEN,

    Plaintiff

v.

VOCATUS, LLC and SHAMOUN'S, LLC,

    Defendants

Case No.: 2:21-cv-00377-APG-DJA

**Order for Supplemental Briefs**

The defendants move for summary judgment on, among other things, plaintiff Erin Allen's claim for wrongful termination under Nevada law. To establish a wrongful termination or tortious discharge claim under Nevada law, Allen must show that the defendants terminated her for "refusing to engage in conduct that was violative of public policy" or because she engaged "in conduct which public policy favors." *Bigelow v. Bullard*, 901 P.2d 630, 632 (Nev. 1995). However, the Supreme Court of Nevada "will not recognize an action for tortious discharge when a plaintiff has an adequate, comprehensive, statutory remedy." *Ozawa v. Vision Airlines, Inc.*, 216 P.3d 788, 791 (Nev. 2009).

The defendants mentioned this legal principle in their motion but did not address whether Allen has an adequate statutory remedy, such as her retaliatory discharge claim under the Fair Labor Standards Act. Allen likewise did not address the issue. Because the parties have not sufficiently briefed this issue, I direct them to file supplemental briefs.

/ / / /

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that by December 2, 2022, the parties shall each file briefs of no more than five pages addressing whether, for Allen's wrongful discharge claim, she has an adequate, comprehensive statutory remedy.

DATED this 18th day of November, 2022.

                                        ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE