1  JENNY L. FOLEY, Ph.D., ESQ.
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   MICHAEL ARATA, ESQ.
3  Nevada Bar No. 11902
   E-mail: marata@hkm.com
4  HKM EMPLOYMENT ATTORNEYS LLP
5  101 Convention Center Dr., Suite 600
   Las Vegas, Nevada 89109
6  Tel: (702) 805-8340
   Fax: (702) 805-8340
7  *Attorneys for Plaintiff*

8

9                  UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA

11 | ERIN ALLEN,                              |
12 |                                          | Case No. 2:21-cv-00377-APG-DJA
   |            Plaintiff,                    |
13 |                                          | STIPULATION AND ORDER TO
   | vs.                                      | EXTEND TIME FOR PARTIES TO
14 |                                          | SUBMIT JOINT PRETRIAL ORDER
15 | VOCATUS, LLC, a Nevada Limited           |
   | Liability Company; SHAMOUN'S, LLC, a     | (FIRST REQUEST)
16 | Nevada Limited Liability Company; and    |
   | DOES and ROE entities I – X, inclusive,  |
17 |                                          |
18 |            Defendants.                   |

19

20     Plaintiff ERIN ALLEN ("Plaintiff"), and Defendants VOCATUS, LLC and
21 SHAMOUN'S, LLC ("Defendants"), through their respective attorneys of record, stipulate to,
22 and agree upon, a thirty (30) day extension of the deadline to submit a joint pretrial order, as
23 follows.
24     On May 4, 2022, Defendants filed their Motion for Summary Judgment, [ECF 35],
25 which Plaintiff opposed. On December 12, 2022, this Court entered its Order granting in part
26 and denying in part Defendants' Motion for Partial Summary Judgment. [ECF 54]. Pursuant to
27 most recent scheduling order, [ECF 34], the parties are due to submit their joint pretrial order
28 thirty (30) days from the Court's Order regarding Defendants' Motion for Partial Summary

Page **1** of **2**

Judgment, *i.e.*, January 11, 2023.

Because of the holidays and Plaintiff's counsel's on-going family medical emergency, the parties have been unable to meet and confer with regard to the joint pretrial order. To give the parties sufficient time to meet and confer to finalize the joint pretrial order, the parties hereby stipulate and agree the parties shall have until **February 10, 2023**, to submit the joint pretrial order.

This is the first request to extend the joint pretrial order deadline and is not made for purposes of undue delay.

Dated this 6th day of January, 2023.

| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: */s/ Jenny L. Foley* <br> JENNY L. FOLEY, Ph.D., ESQ. <br> Nevada Bar No. 9017 <br> MICHAEL ARATA, ESQ. <br> Nevada Bar No. 11902 <br> 101 Convention Center Drive, Suite 600 <br> Las Vegas, Nevada 89109 <br> Telephone: (702) 805-8340 <br> Email: jfoley@hkm.com; <br> marata@hkm.com <br> *Attorneys for Plaintiff* | By: */s/ Michelle C. Krakora* <br> SUZANNE L. MARTIN, ESQ. <br> Nevada Bar No. 8833 <br> MICHELLE C. KRAKORA, ESQ. <br> Nevada Bar No. 8832 <br> 10801 W. Charleston Blvd., Suite 500 <br> Las Vegas, Nevada 89135 <br> Telephone: (702) 369-6800 <br> Email: suzanne.martin@ogletree.com; <br> michelle.krakora@ogletree.com <br> *Attorneys for Defendants* |

## ORDER

IT IS SO ORDERED:

DATED: January 11, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Page **2** of **2**

# EXHIBIT 1

# Damas, Gabriela

| | |
|---|---|
| **From:** | Krakora, Michelle C. <michelle.krakora@ogletree.com> |
| **Sent:** | Friday, January 6, 2023 12:24 PM |
| **To:** | Arata, Mike |
| **Cc:** | Martin, Suzanne L.; Foley, Jenny; Damas, Gabriela; 36f4c7597+matter1429345382@maildrop.clio.com |
| **Subject:** | RE: Allen/Vocatus Call to Discuss Settlement/Joint Pretrial Order |

You don't often get email from michelle.krakora@ogletree.com. Learn why this is important

Thanks Mike.  You have our permission to file.

Michelle

**Michelle C. Krakora | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 775-234-3925
200 S. Virginia Street, 8th Floor | Reno, NV 89501 | Telephone: 775-234-3925
michelle.krakora@ogletree.com | www.ogletree.com | Bio

---

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Friday, January 6, 2023 12:16 PM
**To:** Krakora, Michelle C. <Michelle.Krakora@ogletreedeakins.com>
**Cc:** Martin, Suzanne L. <suzanne.martin@ogletreedeakins.com>; Foley, Jenny <JFoley@hkm.com>; Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1429345382@maildrop.clio.com
**Subject:** RE: Allen/Vocatus Call to Discuss Settlement/Joint Pretrial Order

**[Caution: Email received from external source]**

Hi Michelle:

Here is the proposed stipulation. Please let us know if you have any edits or if we can submit the stipulation with your electronic signature.

Thanks,
Mike



Mike Arata
Attorney

702-674-9270
marata@hkm.com
www.hkm.com

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

1

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Houston | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York
Phoenix | Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**From:** Krakora, Michelle C. <michelle.krakora@ogletree.com>
**Sent:** Wednesday, January 4, 2023 12:23 PM
**To:** Foley, Jenny <JFoley@hkm.com>
**Cc:** Martin, Suzanne L. <suzanne.martin@ogletreedeakins.com>; Arata, Mike <marata@hkm.com>
**Subject:** RE: Allen/Vocatus Call to Discuss Settlement/Joint Pretrial Order

You don't often get email from michelle.krakora@ogletree.com. Learn why this is important

Sorry to hear that.  Yes, we can stipulate to a 30 day extension--- please prepare the stipulation.  It needs to be filed before January 11, 2023.

Thanks,
Michelle


**Michelle C. Krakora | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 775-234-3925
200 S. Virginia Street, 8th Floor | Reno, NV 89501 | Telephone: 775-234-3925
michelle.krakora@ogletree.com | www.ogletree.com | Bio


**From:** Foley, Jenny <JFoley@hkm.com>
**Sent:** Wednesday, January 4, 2023 9:37 AM
**To:** Krakora, Michelle C. <Michelle.Krakora@ogletreedeakins.com>
**Cc:** Martin, Suzanne L. <suzanne.martin@ogletreedeakins.com>; Arata, Mike <marata@hkm.com>
**Subject:** Re: Allen/Vocatus Call to Discuss Settlement/Joint Pretrial Order

**[Caution: Email received from external source]**

Hi Michelle,
My mom has been in the hospital for quite a while, and I've gotten further behind than I should be.  Would your client stipulate to a 30 day extension to submit the pretrial  order etc?

Jenny



Jenny Foley, Ph.D.  (she/her)
Managing Partner - Las Vegas & U.S. Federal Employment Practice

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

702-577-3029
JFoley@hkm.com
www.hkm.com

2

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York | Phoenix
Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**From:** Krakora, Michelle C. <michelle.krakora@ogletree.com>
**Sent:** Tuesday, December 13, 2022 2:15 PM
**To:** Foley, Jenny <JFoley@hkm.com>
**Cc:** Martin, Suzanne L. <suzanne.martin@ogletreedeakins.com>; Arata, Mike <marata@hkm.com>
**Subject:** Allen/Vocatus Call to Discuss Settlement/Joint Pretrial Order

> You don't often get email from michelle.krakora@ogletree.com. Learn why this is important

Jenny:

We are in receipt of the Court's order on Defendants' MSJ and are reaching out to get your availability for a call to discuss settlement and preparation of the joint pretrial order, pursuant to LR 16-3. Given the upcoming holidays, and the relatively short 30 day timeline for filing the joint pretrial order, we would like to speak sooner than later. Are you available Thursday or Friday this week or early next week?

Thanks,

**Michelle C. Krakora | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 775-234-3925
200 S. Virginia Street, 8th Floor | Reno, NV 89501 | Telephone: 775-234-3925
michelle.krakora@ogletree.com | www.ogletree.com | Bio