1

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MICHAEL ARATA, ESQ.**
Nevada Bar No. 11902
E-mail: marata@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT

10

## DISTRICT OF NEVADA

11

12  ERIN ALLEN,

13              Plaintiff,

14  vs.

15  VOCATUS, LLC, a Nevada Limited
    Liability Company; SHAMOUN'S, LLC, a
16  Nevada Limited Liability Company; and
    DOES and ROE entities I – X, inclusive,
17

18              Defendants.

Case No. 2:21-cv-00377-APG-DJA

STIPULATION AND ORDER TO
EXTEND TIME FOR PARTIES TO
SUBMIT JOINT PRETRIAL ORDER AND
REQUEST FOR SETTLEMENT
CONFERENCE

(SECOND REQUEST)

19

20          Plaintiff ERIN ALLEN ("Plaintiff"), and Defendants VOCATUS, LLC and

21  SHAMOUN'S, LLC ("Defendants"), through their respective attorneys of record, stipulate to,

22  and agree upon, a sixty (60) day extension of the deadline to submit a joint pretrial order in

23  order for the parties to participate in a settlement conference, as follows. This is the parties

24  second request to extend the deadline to submit a joint pretrial order and is not made for

25  purposes of undue delay as discussed in further detail below.

26

27  **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRETRIAL
    ORDER AND REQUEST FOR SETTLEMENT CONFERENCE**
    **(SECOND REQUEST)**

28

On May 4, 2022, Defendants filed their Motion for Summary Judgment, [ECF 35], which Plaintiff opposed. On December 12, 2022, this Court entered its Order granting in part and denying in part Defendants' Motion for Partial Summary Judgment. [ECF 54]. Pursuant to most recent scheduling order, [ECF 34], the parties were due to submit their joint pretrial order thirty (30) days from the Court's Order regarding Defendants' Motion for Partial Summary Judgment, *i.e.*, January 11, 2023. On January 11, 2023, this Court approved the parties' stipulation to extend the deadline to submit the joint pretrial order to February 10, 2023. [ECF56].

Since that time, the parties have engaged in limited settlement discussions but believe that a settlement conference would increase the likelihood of settlement. Therefore, the parties request that this Court set this case for a settlement conference pursuant to LR 16-5. The parties, however, request that the settlement conference **not** be set during the week of March 13-17, 2023, due to known conflicts.

///
///
///
///
///
///
///
///
///
///
///
///

**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER AND REQUEST FOR SETTLEMENT CONFERENCE (SECOND REQUEST)**

1   Also, in order to help preserve the parties' and this Court's resources and to allow the

2   parties to focus their efforts on case resolution instead of performing potentially unnecessary

3   work ahead of a settlement conference, the parties hereby stipulate and agree the parties shall

4   have until **April 11, 2023**, to submit the joint pretrial order.

5   Dated this 8th Day of February, 2023.

6

7   **HKM EMPLOYMENT ATTORNEYS LLP**     **OGLETREE,   DEAKINS,   NASH, SMOAK & STEWART, P.C.**

8

9   By: */s/ Jenny L. Foley* _____           By:  */s/ Michelle C. Krakora* ____
    JENNY L. FOLEY, Ph.D., ESQ.               SUZANNE L. MARTIN, ESQ.

10  Nevada Bar No. 9017                        Nevada Bar No. 8833
    MICHAEL ARATA, ESQ.                        MICHELLE C. KRAKORA, ESQ.

11  Nevada Bar No. 11902                       Nevada Bar No. 8832
    101 Convention Center Drive, Suite 600     10801 W. Charleston Blvd., Suite 500

12  Las Vegas, Nevada 89109                    Las Vegas, Nevada 89135
    Telephone: (702) 805-8340                  Telephone: (702) 369-6800

13  Email: jfoley@hkm.com;                     Email: suzanne.martin@ogletree.com;
    marata@hkm.com                             michelle.krakora@ogletree.com

14  *Attorneys for Plaintiff*                  *Attorneys for Defendants*

15

16

17                          <u>ORDER</u>

18  **IT IS SO ORDERED**.  The Court will enter a separate order setting the settlement

19  conference.

20

21  _____

22  DANIEL J. ALBREGTS
    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27  **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER AND REQUEST FOR SETTLEMENT CONFERENCE (SECOND REQUEST)**

28