SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

MICHELLE C. KRAKORA
Nevada Bar No. 8832
michelle.krakora@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax:  775.440.2376

*Attorneys for Defendants Vocatus, LLC and
Shamoun's, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN ALLEN,<br><br>              Plaintiff,<br><br>     vs.<br><br>VOCATUS, LLC, a Nevada Limited Liability Company; SHAMOUN'S, LLC, a Nevada Limited Liability Company; and DOES and ROE entities I – X, inclusive,<br><br>              Defendants. | Case No. 2:21-cv-00377-APG-DJA<br><br><br>**STIPULATION AND ORDER TO RESET SETTLEMENT CONFERENCE DATE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendants Vocatus, LLC and Shamoun's, LLC (collectively "Defendants"), and Plaintiff Erin Allen ("Plaintiff"), by and through their respective undersigned counsel, hereby submit this first request to reset the Settlement Conference in this matter, currently set for April 19, 2023.  This request is made in good faith.

/ / /

- 1 -

1.      On February 8, 2023, the Parties filed a Stipulation and Order to Extend Time for Parties to Submit Joint Pretrial Order and Request for Settlement Conference, Second Request (ECF No. 57), which was granted by the Court on February 9, 2023. (ECF No. 58).  Thereafter, on February 13, 2023, the Court issued an Order setting a Settlement Conference for April 19, 2023. (ECF No. 59).

2.      The currently scheduled date closely coincides to the due date of Defendants' representative's child's birth.  Additionally, Plaintiff's counsel is unavailable the week following the currently schedule date due to out of the country travel plans.

3.      The parties therefore request that the Settlement Conference be reset to one of the following dates:

**April 4, 5, 6 or 7, 2023**.

4.      If the above April dates are not available, the parties request that the Settlement Conference by reset to one of the following dates:

**May 2, 3, 4 or 5, 2023**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

This stipulation is not brought for purposes of delay or any other improper purpose.

DATED this 21ˢᵗ day of February, 2023.

DATED this 21ˢᵗ day of February, 2023.

HKM Employment Attorneys LLP

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

/s/ *Jenny L. Foley*

Jenny L. Foley
Nevada Bar No. 9017
101 Convention Center Drive
Suite 600
Las Vegas, NV  89109

*Attorneys for Plaintiff*

/s/ *Michelle C. Krakora*

Suzanne L. Martin
Nevada Bar No. 8833
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

Michelle C. Krakora
Nevada Bar No. 8832
200 S. Virginia Street
8th Floor
Reno, NV  89501

*Attorneys for Defendants Vocatus, LLC and Shamoun's, LLC*

### ORDER

**IT IS HEREBY ORDERED** that the Settlement Conference scheduled for April 19, 2023 is VACATED and **RESET** to **Tuesday, May 2, 2023** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the written settlement statements must be submitted by 4:00 p.m. on Tuesday, April 25, 2023.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 59) shall remain in effect.

DATED:  February 22, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

55077124.v1-OGLETREE