SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

MICHELLE C. KRAKORA
Nevada Bar No. 8832
michelle.krakora@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax:  775.440.2376

*Attorneys for Defendants Vocatus, LLC and Shamoun's, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>VOCATUS, LLC, a Nevada Limited Liability Company; SHAMOUN'S, LLC, a Nevada Limited Liability Company; and DOES and ROE entities I – X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00377-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**(THIRD REQUEST)** |

Defendants VOCATUS, LLC and SHAMOUN'S, LLC ("Defendants"), and Plaintiff ERIN ALLEN ("Plaintiff") (collectively the "Parties"), by and through their respective undersigned counsel, stipulate to, and agree upon, an extension of the deadline to submit a joint pretrial order to July 1, 2023, sixty (60) days after the scheduled settlement conference.  This is the Parties' third request to extend the deadline to submit a joint pretrial order and is not made for purposes of undue

1 delay as discussed in further detail below.

2. 1. On December 12, 2022, this Court entered its Order granting in part and denying in part Defendants' Motion for Summary Judgment. (ECF No. 54.) The Parties were due to submit their joint pretrial order thirty (30) days from the Court's Order regarding Defendants' Motion for Summary Judgment, i.e., January 11, 2023. (ECF No. 34).  On January 11, 2023, this Court approved the Parties' stipulation to extend the deadline to submit the joint pretrial order to February 10, 2023. (ECF No. 56.)

2. On February 9, 2023, this Court approved the Parties' second request for stipulation to extend the deadline to submit the joint pretrial order to April 11, 2023, and granted the Parties' request for a settlement conference.  (ECF No. 58.)

3. On February 13, 2023, the settlement conference was set for April 9, 2023.  (ECF No. 59.)  On February 22, 2023, this Court approved the Parties' stipulation to reset the settlement conference to May 2, 2023 at 10:00 a.m. (ECF No. 61.)

4. The Parties therefore request that the deadline to submit the joint pretrial order be extended to sixty (60) days after the May 2, 2023 settlement conference, to **July 1, 2023**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation is not brought for purposes of delay or any other improper purpose.

DATED this 9th day of March, 2023.    DATED this 9th day of March, 2023.

HKM EMPLOYMENT ATTORNEYS LLP    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Michael Arata*    /s/ *Suzanne L. Martin*

Jenny L. Foley    Suzanne L. Martin
Nevada Bar No. 9017    Nevada Bar No. 8833
Michael Arata    10801 W. Charleston Blvd.
Nevada Bar No. 11902    Suite 500
101 Convention Center Drive    Las Vegas, NV  89135
Suite 600
Las Vegas, NV  89109    Michelle C. Krakora
    Nevada Bar No. 8832
*Attorneys for Plaintiff*    200 S. Virginia Street
    8th Floor
    Reno, NV  89501

    *Attorneys for Defendants Vocatus, LLC and Shamoun's, LLC*

**ORDER**

IT IS SO ORDERED:

DATED: __March 10__, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 3 -

55304601.v1-OGLETREE