SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

MICHELLE C. KRAKORA
Nevada Bar No. 8832
michelle.krakora@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax:  775.440.2376

*Attorneys for Defendants Vocatus, LLC and Shamoun's, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN ALLEN,<br><br>  Plaintiff,<br><br> vs.<br><br>VOCATUS, LLC, a Nevada Limited Liability Company; SHAMOUN'S, LLC, a Nevada Limited Liability Company; and DOES and ROE entities I – X, inclusive,<br><br>  Defendants. | Case No. 2:21-cv-00377-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**(FOURTH REQUEST)** |

Defendants VOCATUS, LLC and SHAMOUN'S, LLC ("Defendants"), and Plaintiff ERIN ALLEN ("Plaintiff") (collectively the "Parties"), by and through their respective undersigned counsel, stipulate to, and agree upon, an extension of the deadline to submit a joint pretrial order to September 5, 2023, sixty (60) days after the scheduled settlement conference.  This is the Parties' fourth request to extend the deadline to submit a joint pretrial order and is not made for purposes of

undue delay as discussed in further detail below.

1. On December 12, 2022, this Court entered its Order granting in part and denying in part Defendants' Motion for Summary Judgment. (ECF No. 54.) The Parties were due to submit their joint pretrial order thirty (30) days from the Court's Order regarding Defendants' Motion for Summary Judgment, i.e., January 11, 2023. (ECF No. 34.) On January 11, 2023, this Court approved the Parties' stipulation to extend the deadline to submit the joint pretrial order to February 10, 2023. (ECF No. 56.)

2. On February 9, 2023, this Court approved the Parties' second request for stipulation to extend the deadline to submit the joint pretrial order to April 11, 2023, and granted the Parties' request for a settlement conference. (ECF No. 58.)

3. On February 13, 2023, the settlement conference was set for April 9, 2023. (ECF No. 59.) On February 22, 2023, this Court approved the Parties' stipulation to reset the settlement conference to May 2, 2023 at 10:00 a.m. (ECF No. 61.)

4. On March 10, 2023, the Court approved the Parties' third request for stipulation to extend the deadline to submit the joint pretrial order to July 1, 2023, sixty days after the scheduled settlement conference. (ECF No. 63.)

5. On April 18, 2023, due to a conflict in the Court's schedule, the settlement conference was reset to May 25, 2023. (ECF No. 70.)

6. On May 17, 2023, the Court approved the Parties stipulation to reset the settlement conference. The settlement conference is now scheduled for July 7, 2023 at 10:00 a.m. (ECF No. 73.)

7. The Parties therefore request that the deadline to submit the joint pretrial order be extended to sixty (60) days after the July 7, 2023 settlement conference, to **September 5, 2023**.

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation is not brought for purposes of delay or any other improper purpose.

| | |
|---|---|
| DATED this 23rd day of May, 2023. | DATED this 25th day of May, 2023. |
| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Daniel Kalish* | /s/ *Michelle C. Krakora* |
| Daniel Kalish | Suzanne L. Martin |
| *Pro Hac Vice* | Nevada Bar No. 8833 |
| Michael Arata | 10801 W. Charleston Blvd. |
| Nevada Bar No. 9017 | Suite 500 |
| 101 Convention Center Drive | Las Vegas, NV  89135 |
| Suite 600 | |
| Las Vegas, NV 89109 | Michelle C. Krakora |
| | Nevada Bar No. 8832 |
| *Attorneys for Plaintiff* | 200 S. Virginia Street |
| | 8th Floor |
| | Reno, NV  89501 |
| | *Attorneys for Defendants Vocatus, LLC and Shamoun's, LLC* |

**ORDER**

IT IS SO ORDERED:

DATED: ___May 30___,2023

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -