SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

MICHELLE C. KRAKORA
Nevada Bar No. 8832
michelle.krakora@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax:  775.440.2376

*Attorneys for Defendants Vocatus, LLC and Shamoun's, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN ALLEN,<br><br>                      Plaintiff,<br><br>vs.<br><br>VOCATUS, LLC, a Nevada Limited Liability Company; SHAMOUN'S, LLC, a Nevada Limited Liability Company; and DOES and ROE entities I – X, inclusive,<br><br>                      Defendants. | Case No. 2:21-cv-00377-APG-DJA<br><br>**STIPULATION AND ORDER<br>TO DISMISS CASE, WITH PREJUDICE** |

Defendants Vocatus, LLC and Shamoun's, LLC (collectively, "Defendants") and Plaintiff Erin Allen ("Plaintiff"), by and through undersigned counsel, hereby stipulate to dismiss all claims Plaintiff had, or may have had, against Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action are hereby dismissed, with prejudice, in their entirety.

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 29th day of August, 2023. | DATED this 29th day of August, 2023. |
| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Daniel Kalish* | */s/ Suzanne L. Martin* |
| Daniel Kalish | Suzanne L. Martin |
| *Pro Hac Vice* | Nevada Bar No. 8833 |
| Michael Arata | 10801 W. Charleston Blvd. |
| Nevada Bar No. 9017 | Suite 500 |
| 101 Convention Center Drive | Las Vegas, NV  89135 |
| Suite 600 | |
| Las Vegas, NV 89109 | Michelle C. Krakora |
| | Nevada Bar No. 8832 |
| *Attorneys for Plaintiff* | 200 S. Virginia Street |
| | 8th Floor |
| | Reno, NV  89501 |
| | *Attorneys for Defendants Vocatus, LLC and Shamoun's, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 30, 2023